NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LENARD THOMAS MASTEN, JR.,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D17-2129
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed May 3, 2019.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Howard L. Dimmig, II, Public Defender, and
David B. Falstad, Special Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

Affirmed.

KELLY, SLEET, and LUCAS, JJ., Concur.